REALTY ASSOCIATES SECURITIES CORPORATION, Respondent, v. MARGARET C. HOBLIN, Appellant, and Others, Defendants.— In an action to foreclose a purchase-money second mortgage, appeal is taken from the order dated December 18, 1935, as resettled by the order dated January 13, 1936, which order grants plaintiff's motion for a deficiency judgment against appellant. Order affirmed, with ten dollars costs and disbursements. The court disaffirms the rule announced in *Klein* v. *Kramer* (246 App. Div. 760) and will follow *Weisel* v. *Hagdahl Realty*

*Co., Inc.* (241 id. 314), disregarding the limitation of the *Klein* case. Subsequent investigation indicates there is no real equity in favor of the mortgagor referred to in the *Klein* case. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.